## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

TCYK, LLC

                Plaintiff,

v.                                      Case No.: 1:14–cv–01379
                                         Honorable Robert M. Dow Jr.

Does

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2014:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed.R.Civ.P. 4l(a)(1), Plaintiff voluntarily dismisses [11] with prejudice all cause of action against the Doe Defendants associated with IP address 98.213.53.251 (Doe No. 19) and 98.228.237.195 (Doe No. 23). Each party shall bear its own attorney's fees and costs. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.